THE STATE OF CONNECTICUT *vs.* LAFAYETTE MAIN.

Second Judicial District, Norwich, April Term, 1924.
WHEELER, C. J., BEACH, CURTIS, KEELER and MARVIN, Js.

Argued April 30th—decided May 8th, 1924.

INFORMATION in four counts for violating the game laws, brought by appeal from a judgment of a justice of the peace to the Criminal Court of Common Pleas in New London County and tried to the jury before *Waller, J.;* verdict and judgment of guilty on the second and fourth counts, and appeal by the accused.   *No error.*

*Lafayette Main, pro se,* appellant (the accused).

*Charles B. Whittlesey,* Prosecuting Attorney, for the appellee (the State).

PER CURIAM.   The accused moved the court to set aside the verdict on the ground that it was against the evidence; the court denied the motion and the accused appealed.   The evidence was conflicting, and we cannot review the credibility of witnesses nor the weight of testimony, nor hold in this case that the jury could not

reasonably have rendered the verdict they did. Upon this record there was no remote possibility that this appeal could be sustained unless our long-established rule controlling appeals of this character should be set aside. *State* v. *Laudano*, 74 Conn. 638, 51 Atl. 860; *Chesebro* v. *Lockwood*, 88 Conn. 220, 91 Atl. 188; *Schleifenbaum* v. *Rundbaken*, 81 Conn. 623, 71 Atl. 899; *Root* v. *New Haven Trust Co.*, 82 Conn. 600, 74 Atl. 950.

There is no error.